UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PATRICIA TAYLOR, | |
| Plaintiff, | |
| v. | CASE NO. 3:24-CV-730-DRL-SJF |
| WALMART INC., et al., | |
| Defendants. | |

**REPORT and RECOMMENDATION**

On March 25, 2025, this Court granted Plaintiff's former counsel's motion to withdraw his appearance based upon counsel's motion that demonstrated compliance with N.D. Ind. L.R. 83-8(c). [DE 22]. The Court also ordered Plaintiff, no longer represented by counsel, to either secure new counsel or file her own appearance in this action by May 7, 2025. [DE 22 at 1]. The Court also mandated that Plaintiff was to file a status report by the same date informing the Court of her intentions on whether she intended to proceed in litigating this action. [DE 22 at 1-2]. The Court then cautioned Plaintiff that "failure to respond to this order may result in a dismissal of this case." [DE 22 at 2].

As of May 25, 2025, the Plaintiff had not filed the status report as ordered. The Court then issued another order on May 27, 2025, to afford Plaintiff one more opportunity to comply with the Court's March 25, 2025, order. [DE 25 at 1]. The Court ordered Plaintiff to file her status report no later than **June 17, 2025**, informing the Court of her intentions related to representation in this matter. [DE 25 at 1]. The Court

advised again that failure to comply with that order could result in a dismissal of this case. [DE 25 at 1].

As of this date, Plaintiff has filed nothing in response to the Court's orders. Therefore, the undersigned can only assume that Plaintiff has abandoned her instant claims against Defendants. Accordingly, the undersigned **RECOMMENDS** that the Court **DISMISS** Plaintiff's case **WITHOUT PREJUDICE** for lack of prosecution and failure to comply with Court orders.

> **NOTICE IS HEREBY GIVEN that within fourteen (14) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings and/or recommendations. Fed. R. Civ. P. 72(b). FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**

**SO ORDERED** this 2nd day of July 2025.

s/Scott J. Frankel  
Scott J. Frankel  
United States Magistrate Judge