UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

PATRICIA TAYLOR,

    Plaintiff,

v.                                    CAUSE NO. 3:24cv730 DRL-SJF

WALMART INC, *et al.*,

    Defendants.

## ORDER

This matter is before the court following Magistrate Judge Scott Frankel's report and recommendation [26], which recommended that this case be dismissed for lack of prosecution and failure to comply with court orders. No objections were filed by the July 16, 2025 deadline. Satisfied with the well-reasoned report and recommendation and because no party has objected, the court ADOPTS the report in its entirety, DISMISSES the case, and DENIES AS MOOT the motions [23; 24] from Divisions, Inc. and Walmart Inc. to dismiss the action under Fed. R. Civ. P. 41(b).

SO ORDERED.

July 21, 2025                                                      *s/ Damon R. Leichty*
                                                                  Judge, United States District Court